No. 398. LOUISIANA POWER & LIGHT Co. *v.* CITY OF THIBODAUX, LOUISIANA. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to questions 2 and 3 presented by the petition for the writ which read as follows:

"2. Does a United States District Court have the inherent power in a case at law to exercise the discretion of staying proceedings in order to control the progress of the cause before it in an orderly manner?

"3. Assuming that a United States District Court does have discretion to stay proceedings in order to control the progress of a law case before it in an orderly manner, did the District Court abuse that discretion?"

*J. Blanc Monroe, Monte M. Lemann* and *J. Raburn Monroe* for petitioner. *Louis Fenner Claiborne* for respondent.

No. 409. ESTATE OF IVERSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Joseph A. Maun* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 412. RUSSELL *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Ivan Irwin* for petitioner.

No. 416. WILSON ET AL., EXECUTORS, *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *George R. Fearon* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.